~~SEALED~~ s/ SuzanneA

FILED
May 14 2021
12:13 pm
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ emilybl   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

November 2019 Grand Jury

| UNITED STATES OF AMERICA, | Case No. '21 CR1454 TWR |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | Title 18, U.S.C., Sec. 1956(a)(1)(A)(i) and (B)(i) – Laundering Monetary Instruments; Title 18, U.S.C., Sec. 2 – Aiding and Abetting; Title 18, U.S.C., Secs. 982(a)(1) – Criminal Forfeiture |
| NA RONG, aka "Nina Rong," | |
| Defendant. | |

The grand jury charges:

ORDERED UNSEALED on 06/30/2021    s/ SuzanneA

Counts 1-8

On or about the dates set forth below, within the Southern District of California, and elsewhere, defendant NA RONG, aka "Nina Rong," did knowingly conduct the following financial transactions affecting interstate commerce, which involved the proceeds of specified unlawful activity, that is mail fraud, in violation of Title 18, United States Code, Section 1341, with the intent to promote the carrying on of said specified unlawful activity and knowing that the transaction was designed in whole and in part to conceal and disguise, the nature, location, source, ownership, and control of the proceeds of said specified unlawful activity and that while conducting and attempting to conduct such financial transactions, the defendant knew that the

PKM:nlv:San Diego:5/12/21

property involved in the financial transactions represented the proceeds of some form of unlawful activity.

| Count | Amount | Transaction |
|---|---|---|
| 1 | $166.38 | 2020-09-08 Purchase for 2-night lodging in San Diego, CA |
| 2 | $700.00 | 2020-09-10 E-Deposit in Branch at Wells Fargo Bank, 401 "B" St, San Diego, CA |
| 3 | $174.46 | 2020-09-10 Purchase for 2-night lodging in San Diego, CA |
| 4 | $800.00 | 2020-09-12 ATM Cash Deposit at Wells Fargo Bank, Wells Fargo Plaza San Diego, CA |
| 5 | $236.77 | 2020-11-30 Purchase for 2-night lodging in San Diego, CA |
| 6 | $2,000.00 | 2020-12-01 E-Deposit in Branch at Wells Fargo Bank, 5522 Balboa Ave, San Diego, CA |
| 7 | $234.28 | 2020-12-03 Purchase for 4-night lodging in San Diego, CA |
| 8 | $1,530.00 | 2020-12-06 ATM Cash Deposit at Wells Fargo Bank, 4727 Clairemont Dr, San Diego, CA |

All in violation of Title 18, United States Code, Sections 1956(a)(1)(A)(i) and (B)(i) and 2.

## FORFEITURE ALLEGATIONS

1. The allegations contained in Counts 1 through 8 of this Indictment are realleged and by reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Section 982.

2. Upon conviction of the offense set forth in Counts 1 through 8 of this Indictment, and pursuant to Title 18, United States Code, Section 982(a)(1), defendant NA RONG, aka "Nina Rong," shall forfeit to the United States of America all property, real and personal, involved in the offense and all property traceable to such property.

//

//

//

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third party;
    c. has been placed beyond the jurisdiction of the Court;
    d. has been substantially diminished in value; or
    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 18, United States Code, Section 982(b), to seek forfeiture of any other property of the defendant up to the value of the property listed above as being subject to forfeiture.

All pursuant to Title 18, United States Code, Section 982(a)(1).

DATED: May 14, 2021.

RANDY S. GROSSMAN
Acting United States Attorney

By: *[signature]*
P. KEVIN MOKHTARI
Assistant U.S. Attorney

3